UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN R. OWENS, | No. 2:14-cv-2169 KJN P |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner alleges that he has been informed that he will not receive "gate money" upon his release from custody at the Placer County Jail.

The purpose of a habeas corpus petition brought pursuant to 28 U.S.C. § 2254 is to challenge the validity of a conviction or sentence. The purpose of a civil rights brought pursuant to 42 U.S.C. § 1983 is to challenge conditions of confinement. Petitioner's claim does not challenge the validity of his conviction or sentence. Accordingly, the undersigned construes this action as a civil rights action. The petition is dismissed and petitioner is directed to file a complaint.

Petitioner has not filed an in forma pauperis affidavit or paid the required filing fee. ($350.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or

1

1 | submit the appropriate filing fee.

2 | In accordance with the above, IT IS HEREBY ORDERED that:

3 | 1. This action is construed as a civil rights action pursuant to 42 U.S.C. § 1983;

4 | 2. The petition is dismissed with thirty days to file a civil rights complaint;

5 | 3. Petitioner is granted thirty days to submit an affidavit in support of his request to
6 | proceed in forma pauperis or the appropriate filing fee;

7 | 4. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis
8 | affidavit used by this district and a complaint form;

9 | 5. Petitioner's failure to comply with this order will result in dismissal of this action.

10 | Dated: October 22, 2014

12 | owen2169.101a

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE