UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE R. OWENS,  <br>　　　　　Petitioner,  <br>　　v.  <br>UNKNOWN,  <br>　　　　　Respondent. | No. 2:14-cv-2169 KJN P  <br><br>ORDER |

By order filed October 22, 2014, plaintiff's application for a writ of habeas corpus was dismissed, on the grounds that petitioner appeared to be challenging conditions of his confinement, rather than the validity of a conviction or sentence. (ECF No. 4.) By that same order, plaintiff was granted thirty days leave to file a complaint. (Id.) More than thirty days have now passed, and plaintiff has not filed a complaint or otherwise responded to the court's order.

Plaintiff previously consented to have a United States Magistrate Judge conduct all further proceedings in this case. (ECF No. 3.) See 28 U.S.C. § 636(c).

Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: December 3, 2014

　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN  
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

owen2169.fta

1